UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60029-CIV-HURLEY/HOPKINS

LINDBERG POWELL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation of dismissal with prejudice [DE # 20] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on October 2, 2008. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITH PREJUDICE.**

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk of the Court shall enter the case as **CLOSED**.

4. The court retains jurisdiction over this matter for the limited purpose of enforcing the parties' settlement agreement.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 8th day of October, 2008.

    Daniel T. K. Hurley
    United States District Judge

*Copies provided to counsel of record*

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts